THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ADRIAN MCDONALD, Appellant.

(Submitted March 27, 1931; decided April 14, 1931.)

*Jonah J. Goldstein* and *Lawrence Kovalsky* for appellant.

*Thomas C. T. Crain, District Attorney (Robert C. Taylor* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.